**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Jason Phillip Norland |
| Debtor 2 (Spouse, if filing) | Kim N Norland |
| United States Bankruptcy Court for the: | Western District of Wisconsin (State) |
| Case number | 3-15-13598-CJF |

Official Form 410S1

# Notice of Mortgage Payment Change                                12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Ditech Financial LLC fka Green Tree Servicing LLC

**Court claim no.** (if known): 22-1

**Last four digits** of any number you use to identify the debtor's account: 6757

**Date of payment change:** Must be at least 21 days after date of this notice — 01/01/2018

**New total payment:** Principal, interest, and escrow, if any — $1,762.73

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - ☐ No
   - ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   | Current escrow payment: | $488.07 | New escrow payment: | $764.53 |
   |---|---|---|---|

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   - ☒ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   | Current interest rate: | % | New interest rate: | % |
   |---|---|---|---|
   | Current principal and interest payment | $ | New principal and interest payment: | $ |

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - ☒ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

   **Reason for change:**

   | Current mortgage payment: | $ | New mortgage payment: | $ |
   |---|---|---|---|

| Debtor 1 | Jason Phillip Norland | Case Number *(if known)* | 3-15-13598-CJF |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

| ✗ | /s/ John J. Rafferty | Date | 11/29/2017 |
|---|---|---|---|
| | Signature | | |

| Print: | **John J. Rafferty** | Title | Authorized Agent for Ditech Financial LLC |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |
| Company | Buckley Madole, P.C. | | |
| Address | 14841 Dallas Parkway, Suite 300 | | |
| | Number        Street | | |
| | Dallas, Texas  75254 | | |
| | City        State        Zip Code | | |
| Contact phone | (972) 643-6600 | Email | POCInquiries@BuckleyMadole.com |

# CERTIFICATE OF SERVICE OF NOTICE OF MORTGAGE PAYMENT CHANGE

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before November 29, 2017 via electronic notice unless otherwise stated:

**Debtor**     *Via U.S. Mail*
Jason Phillip Norland
607 Bob White Court
Lodi, WI 53555

**Co-Debtor**     *Via U.S. Mail*
Kim N Norland
607 Bob White Court
Lodi, WI 53555

**Debtors' Attorney**
Michael Georg
Debt Advisors, S.C.
2600 N. Mayfair Road
Suite 700
Milwaukee, WI  53226

**Chapter 13 Trustee**
Mark Harring
131 W. Wilson Street, Suite 1000
Madison, WI 53703-3260

                                                Respectfully Submitted,

                                                /s/  **John J. Rafferty**