**THIS ORDER IS SIGNED AND ENTERED.**

Dated: March 20, 2018

_____
Hon. Catherine J. Furay
United States Bankruptcy Judge

_____

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In Re: Jason and Kim Norland, | Chapter 13 |
| Debtors | Case No. 15-13598-CJF |

### ORDER ALLOWING SUSPENSION OF PAYMENT TO CHAPTER 13 TRUSTEE

Debtors, having filed a Motion to Suspend Trustee Payments for the months of March, April and May, and no objection having been filed with the Court after notice was served on all entitled Creditors; the Motion to Suspend Trustee Payments is granted.

**IT IS HEREBY ORDERED THAT** the Debtors shall be allowed to suspend payment to the Trustee for the months of March, April and May 2018, and to resume payments to the Chapter 13 Trustee in June 1, 2018 as previously ordered.

###